

# IN THE
## TENTH COURT OF APPEALS

### No. 10-07-00334-CV

**BOBBY WAYNE O'NEAL,**

                                        **Appellant**

 **v.**

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**

                                        **Appellee**

From the County Court at Law No. 2
McLennan County, Texas
Trial Court No. 2007-1772-CV2

## MEMORANDUM  OPINION

Appellant has filed a "Motion to Dismiss Appeal," stating that he no longer wishes to pursue this appeal.  Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion to dismiss is granted, and the appeal is dismissed.  TEX. R. APP. P. 42.1(a)(1).


                        REX D. DAVIS
                        Justice

Before Chief Justice Gray,
	Justice Reyna, and
	Justice Davis
Appeal dismissed
Opinion delivered and filed March 4, 2009
[CV06]